

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| THALEIA L. MARSTON, TRUSTEE OF THE MARSTON TRUST and LAWRENCE M. MARSTON, | § | No. 08-23-00166-CV |
| | § | Appeal from the |
| Appellants/Cross-Appellees, | § | 143rd Judicial District Court |
| v. | § | of Ward County, Texas |
| BLACKBEARD OPERATING, LLC; MAGIC DOG OIL & GAS LTD; NORTHSTAR OPERATING; BOAZ ENERGY II, LLC; ARGENT TRUST COMPANY, AS TRUSTEE FOR PERMROCK ROYALTY TRUST; and GOODNIGHT MIDSTREAM PERMIAN, LLC, | § § § § | (TC# 18-10-24761-CVW) |
| | § | |
| Appellees/Cross-Appellants. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that all parties bear their own costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF DECEMBER 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, and Soto, JJ.